UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MATRIX BUSINESS CONSULTING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BOB BARTON, an individual, BARTON ADJUSTING, INC. d/b/a BARTON CONSULTING, GATEWAY FASHION MALL, L.L.C., SCHULER & BROWN, and DANIEL E. HOFFMAN, an individual, <br><br> Defendants. | CASE NO. CV08-01036 GW (CWx) <br><br> **ORDER RE: PLAINTIFF'S EX PARTE APPLICATION TO COMPEL DISCOVERY AND FOR ORDER OF CONTEMPT AGAINST DEFENDANT GATEWAY FASHION MALL, L.L.C.** <br><br> DATE: To be determined by court <br> TIME: To be determined by court <br> COURTROOM: 640 <br><br> **NOTE CHANGES MADE BY THE COURT** |

THIS MATTER having come before the Court upon Plaintiff's Ex Parte Application to Compel Discovery and for Order of Contempt against Defendant Gateway Fashion Mall, L.L.C., and the Court having considered the same, hereby finds that:

1. Defendant Gateway Fashion Mall, L.L.C. and its counsel ~~are hereby in contempt of this court for failing~~ **failed timely** to comply with this Court's order of February 18, 2009.

2. Sanctions are imposed against Gateway Fashion Mall and its counsel in the amount of **$2,708.75.**

BY THE COURT:

_____/S/_____
The Honorable Carla Woehrle