UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| MATRIX BUSINESS CONSULTING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BOB BARTON, an individual, BARTON ADJUSTING, INC. d/b/a BARTON CONSULTING, GATEWAY FASHION MALL, L.L.C., SCHULER & BROWN, and DANIEL E. HOFFMAN, an individual,<br><br>Defendants. | CASE NO. CV 08-01036 GW (CWx)<br><br>**ORDER RE STIPULATION TO FILE DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS SCHULER & BROWN, DANIEL E. HOFFMAN AND JACK M. SCHULER AND DISMISSAL WITHOUT PREJUDICE OF COUNTER-CLAIMS AS TO PLAINTIFF MATRIX BUSINESS CONSULTING, INC.** |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Plaintiff, Matrix Business Consulting, Inc. ("Matrix") and Defendants Schuler & Brown, Jack M. Schuler, and Daniel E. Hoffman ("Attorney Defendants"), having stipulated to Dismiss all claims by plaintiff Without Prejudice as to Defendants

Schuler & Brown, Daniel E. Hoffman and Jack M. Schuler; and Attorney Defendants have agreed to file a Dismissal of all counter-claims Without Prejudice as to Matrix.

THE COURT, after having considered the parties' Stipulation makes the following orders:

1. Defendants Jack M. Schuler, Daniel E. Hoffman and Schuler & Brown are hereby dismissed without prejudice as to the complaint herein.

2. Plaintiff, Matrix Business Consulting, Inc., are hereby dismissed without prejudice as to all counter-claims herein.

DATED: September 10, 2009

*/s/ George H. Wu*
_____
Honorable Judge George H. Wu